| | | |
|---|---|---|
| **STATE OF LOUISIANA** | * | **NO. 2017-KA-0789** |
| **VERSUS** | * | |
| | | **COURT OF APPEAL** |
| **CARDELL A. HAYES** | * | **FOURTH CIRCUIT** |
| | * | |
| | | **STATE OF LOUISIANA** |

* * * * * * *

APPEAL FROM
CRIMINAL DISTRICT COURT ORLEANS PARISH
NO. 528-975, SECTION "H"
Honorable Camille Buras, Judge
* * * * * *
**Judge Joy Cossich Lobrano**
* * * * * *
ON REMAND FROM THE UNITED STATES SUPREME COURT

(Court composed of Judge Terri F. Love, Judge Joy Cossich Lobrano, Judge
Sandra Cabrina Jenkins)

Leon Cannizzaro
District Attorney
Donna Andrieu
Assistant District Attorney, Chief of Appeals
Kyle Daly
Assistant District Attorney
Laura Rodrigue
Assistant District Attorney
Jason Napoli
Assistant District Attorney
DISTRICT ATTORNEY'S OFFICE, ORLEANS PARISH
619 South White Street
New Orleans, LA 70119

      COUNSEL FOR STATE/APPELLEE

Paul J. Barker
Christen E. DeNicholas
LAW OFFICES OF PAUL J. BARKER, LLC
700 Camp Street, Suite 418
New Orleans, LA 70130

      COUNSEL FOR DEFENDANT/APPELLANT

**CONVICTIONS AND SENTENCES**
**VACATED AND REMANDED.**
**February 19, 2021**

*JCL*
*TFL*

*SCJ*

The facts and procedural history of this case were set out in this Court's appellate opinion. *State v. Hayes*, 2017-0789 (La. App. 4 Cir. 3/27/19); ___ So.3d___, 2019 WL 1386493. On December 11, 2016, the defendant, Cardell Hayes ("Defendant"), was convicted by ten-to-two votes of the responsive verdicts of manslaughter and attempted manslaughter, as reflected in the transcript of the polling of the jury following trial. On March 27, 2019, this Court affirmed Defendant's convictions and sentences, rejecting multiple assignments of error. *Hayes*, 2017-0789, p. 1, (La. App. 4 Cir. 3/27/19); ___ So. 3d at ___, 2019 WL 1386493, *1. The Louisiana Supreme Court denied writs on March 9, 2020. *State v. Hayes*, 2019-00808 (La. 3/9/20); 294 So.3d 485.

Defendant thereafter sought direct review in the United States Supreme Court. On January 11, 2021, the United States Supreme Court granted certiorari, vacated the judgment, and remanded the case to this Court for further consideration in light of *Ramos v. Louisiana*, 140 S.Ct. 1390, 206 L.E.d.2d 583 (2020).[1] *Hayes v. Louisiana*, 20-5123, ___ S.Ct. ___, 2021 WL 78044, *1 (2021).

In further consideration in light of *Ramos*, and finding that the verdicts were non-unanimous, we vacate Defendant's convictions by non-unanimous jury verdicts and sentences and remand the case to the district court for further proceedings.

---

[1] The United States Supreme Court stated:

> The motion of petitioner for leave to proceed *in forma pauperis* and the petition for writ of certiorari is granted. The judgment is vacated, and the case is remanded to the Court of Appeal of Louisiana, Fourth Circuit for further consideration in light of *Ramos v. Louisiana*, 590 U. S. —— (2020).

*Hayes v. Louisiana*, 20-5123, ___ S.Ct. ___, 2021 WL 78044, *1 (2021).

**CONVICTIONS AND SENTENCES VACATED AND REMANDED.**

3